No. 81–6905. ROBINSON *v.* SHEA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–6955. MACDONALD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 81–6983. QUICK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 81–6994. COTTON *v.* MABRY, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 82–47. GAMBREL *v.* KENTUCKY BOARD OF DENTISTRY. Ct. App. Ky. Certiorari denied.

No. 82–101. TRAVELERS INDEMNITY CO. ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 82–148. JAMES SNYDER CO., INC., ET AL. *v.* ASSOCIATED GENERAL CONTRACTORS OF AMERICA ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–157. SMITH *v.* OLSON, REGISTRAR OF VOTERS, ORANGE COUNTY, CALIFORNIA, ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 82–179. SACCHINELLI *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 82–183. UNITED STATES *v.* DOE. C. A. 3d Cir. Certiorari denied.

No. 82–186. SHAHID *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.